JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY OLSHEN, et al.,<br><br>Defendants. | No. SACV 17-00898-DOC (KESx)<br><br>**CONSENT JUDGMENT** |

The Court, having reviewed the Stipulation for Entry of Consent Judgment by Plaintiff United States of America and Defendants Randy Olshen and Sonya Herburger, in connection with the real property with Assessor's Parcel Number 935-760-48 ("Holly Lane Property") in Huntington Beach, California, and good cause appearing therefore, IT IS HEREBY ADJUDICATED AND DECREED THAT:

1. The August 5, 2015 Interspousal Grant Deed recorded on August 10, 2015, Instrument Number 2015000412073 is deemed void pursuant to 28 U.S.C. § 3306(a)(1).
2. Title to the Holly Lane Property shall be held as reflected in the June 12, 2015 Grant Deed recorded on August 7, 2015, Instrument Number 2015000411657, "by Sonya Herberger and Randy Olshen, Wife and Husband as Joint Tenants."
3. During the period of time during which Sonya Herberger resides in and maintains the Holly Lane Property as her principal residence, the United States will not seek to enforce the 2015 criminal judgment entered against Randy Olshen by the United States District Court for the District of Utah in *United States v. Randy Olshen*, CR-14-00476-DAK by seeking an order for a writ of execution or any other court order to sell the Holly Lane Property.
4. Each party will bear its own legal and other costs incurred in connection with this matter.
5. This Consent Judgment, and the terms thereof, is not, and should not be construed as, an admission by Defendants of any liability in this action.
6. Pursuant to 18 USC section 3613(b) and (f) the liability to pay restitution in imposed in *United States v. Randy Olshen*, CR-14-00476-DAK "shall terminate the later of 20 years from the entry of judgment or 20 years after the release from imprisonment of the person ordered to pay restitution" and the lien entered pursuant to 18 USC section 3613(c) "continues for 20 years or until the … liability is satisfied, remitted, set aside or terminated under section 3613(b)."

IT IS SO ORDERED.

Dated: March 12, 2018

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE